Tennessee to New York. The purpose of the trip by appellant was to find living quarters for his wife and the infant plaintiff in New York. In our opinion, on the conceded facts, the infant plaintiff was a guest within the meaning of the Ohio statute, as a matter of law, and the statute bars recovery against appellant, in the absence of willful or wanton misconduct on his part. Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ., concur.

HELEN MELVIN, Plaintiff, v. PHILIP MELVIN, Appellant. MAURICE EDELBAUM, Respondent.— Order of Official Referee fixing the amount of compensation due respondent for attorney's services and ordering a lien therefor, modified by striking therefrom the last ordering paragraph. As so modified, the order is affirmed, with $10 costs and disbursements to respondent. No opinion. Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ., concur.

HELEN MELVIN, Plaintiff, v. PHILIP MELVIN, Appellant. MAURICE EDELBAUM, Respondent.— Order denying motion by appellant to vacate order of Official Referee fixing the amount of compensation due respondent for attorney's services and ordering a lien therefor, affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ., concur.

ISIDORE NEUWIRTH, Plaintiff, v. PHILIP MELVIN, Appellant. MAURICE EDELBAUM, Respondent.— Order of Official Referee fixing the amount of compensation due respondent for attorney's services and ordering a lien therefor, modified by striking therefrom the last ordering paragraph. As so modified, the order is affirmed, with $10 costs and disbursements to respondent. No opinion. Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ., concur.

ISIDORE NEUWIRTH, Plaintiff, v. PHILIP MELVIN, Appellant. MAURICE EDELBAUM, Respondent.— Order denying motion by appellant to vacate order of Official Referee fixing the amount of compensation due respondent for attorney's services and ordering a lien therefor, affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ., concur. [191 Misc. 305.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMENICK AMERISE, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the appellant of the crimes of endangering health and morals of a child, assault in the third degree, and carnal abuse, and imposing sentence therefor, reversed on the law and the facts, the information dismissed, the fine remitted, and the appellant discharged. The evidence does not warrant conviction of the crimes charged. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES COCCIA, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of a violation of section 982 of the Penal Law (keeping a slot machine), unanimously affirmed. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO CONIGLIO, Appellant.— Order of the County Court of Nassau County, denying defendant's motion to vacate and set aside a judgment of conviction rendered against him, affirmed. No opinion. Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL F. CONNOLLY, Appellant.— Appeal by defendant from an order of the County Court, Queens County, in the nature of *coram nobis,* denying his motion to vacate and set